BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSE A. OLIVERA (CABN 279341)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6888
    Facsimile: (415) 436-7009
    E-mail: jose.olivera@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-00359-CRB |
| Plaintiff, | UNITED STATES' LOCAL CRIMINAL RULE 16-1(c) NOTICE |
| v. | |
| BRIAN PETER STALLINGS, | |
| Defendant. | |

The United States of America provides this notice as required by Local Criminal Rule 16-1(c):

1. **Electronic Surveillance**. The Government asserts that there does not exist any evidence against Defendant that was obtained as a result of electronic surveillance.

2. **Informers**. The Government does not intend to call an informant, as defined in Local Rule 16-1(c), as a witness in this matter. The Government has provided Defendant with numerous memorandums of interview of individuals interviewed by federal agents in connection with this case, including employees of Stallings Painting, Inc.

3. **Evidence of Other Crimes, Wrongs or Acts**. The Government intends to offer evidence of other crimes, wrongs or acts under Fed. R. Evid. 404(b). The Government will file a separate Fed. R. Evid. 404(b) notice setting forth the evidence that it intends to offer under Rule 404(b).

4. **Co-conspirator's Statements**. The Government does not intend to offer co-conspirator statements under Fed. R. Evid. 801(d)(2)(E).

                                            Respectfully submitted,

                                            BRIAN J. STRETCH
                                            United States Attorney

Dated: February 16, 2017.              *s/ Jose A. Olivera*
                                            JOSE A. OLIVERA
                                            Assistant United States Attorney
                                            Attorney for the United States